UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MICHAEL ALCORN and LUCY ANN ALCORN, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) Case number 4:06cv1821 TCM ) |
| 3 M COMPANY, | ) ) |
| Defendant. | ) |

## ORDER

This case is before the Court on a letter from Melissa R. Badgett asking the Clerk of Court to stop sending her email notifications in this case. Ms. Badgett is currently listed as one of the attorneys of record for Defendant. She states in her letter that she is no longer with the law firm of Kurowski, Bailey & Schultz that represents Defendant in this matter. This letter is construed as a motion for leave to withdraw and is GRANTED. [Doc. 32]

SO ORDERED.

/s/ Thomas C. Mummert, III
THOMAS C. MUMMERT, III
UNITED STATES MAGISTRATE JUDGE

Dated this 12th day of August, 2008.