MOTION:
Granted ✓
Denied
Overruled
Date
Oh PM 2/10/09

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

MICHAEL R. ALCORN )
LUCY A. ALCORN, )
 )
    Plaintiffs, )
 )
vs. ) No. 4:06-CV-01821
 )
3M COMPANY, as Successor by Merger )
to Minnesota MINING and )
MANUFACTURING COMPANY, and/or )
Its Predecessors/Successors in Interest, )
 )
    Defendant. )

## STIPULATION FOR DISMISSAL

It is hereby stipulated and agreed by and between Plaintiffs Michael R. Alcorn and Lucy A. Alcorn and Defendant, 3M Company, as successor by merger to Minnesota Mining and Manufacturing Company, that Plaintiffs' Complaint, and all counts thereof, and all of Plaintiffs' claims and causes of action against said Defendant herein be and the same are hereby dismissed with prejudice to Plaintiffs. Each party shall bear their own costs.

Respectfully submitted,

PAGE ||CAGLE

BY: _____
John J. Page #109821
john@pagecagle.com
Zane T. Cagle #499604
zane@pagecagle.com
1232 Washington Ave, Suite 220
St. Louis, MO 63103
(314) 241-4555
FAX (314) 241-4556
*Attorneys for Plaintiffs*